No. 4165.—Vahamonde Vda. de Pérez, apda., *v.* Miró y Todd, apltes.—C. D. San Juan. Cobro de dinero. Junio 25,. 1927.,

Por cuanto el apelado en el acta de la vista ha solicitado la desestimación de la presente apelación por falta de señalamiento de errores en debida forma de acuerdo con. las reglas y la constante jurisprudencia de este tribunal.

Por cuanto las únicas cuestiones suscitadas por el apelante en su alegato son, primero si la demanda aduce hechos suficientes para constituir una causa de acción, en vista de lo dispuesto por el artículo 950 del Código de Comercio, y del supuesto carácter mercantil de los pagarés descritos en dicha demanda y, segundo, si la sentencia en rebeldía registrada por el secretario carece de todo valor legal "porque dicho funcionario, pudo y debió notar, que no se había notificado a los demandados, la orden o permiso de la corte para enmendar, habiéndose notificado solamente, la. solicitud· de dicho permiso."

Por cuanto en la demanda se alega:

"*Tercero:* que ni la demandante ni los demandados se dedicaban al comercio en la fecha del otorgamiento de las transcritas obligaciones ni se dedican en la actualidad. Que las cantidades prestadas no eran para dedicarlas a actos de comercio ni procedían de operaciones mercantiles.

"*Cuarto:* Que vendidos los pagarés transcriptos los deudores: fueron obteniendo prórrogas del apoderado de la acreedora Don Antonio Sarmiento, de seis en seis meses, habiendo vencido las últimas prórrogas concedidas en junio y septiembre respectivamente del año 1922."

Por cuanto los demandados fueron debidamente emplazados el día 14· de mayo de 1924 y su abogado fué oportu-

namente notificado de la moción solicitando permiso para enmendar la demanda,

POR CUANTO en tales circunstancias no son aplicables los artículos 317 y 323 del Código de Enjuiciamiento Civil, ni los casos de *Barros* v. *Padial,* 35 D.P.R. 264, *Hernández* v. *La Corte de Distrito,* 15 D.P.R. 268, ni otros citados por los apelantes.

POR TANTO se confirma la sentencia apelada.